(10)

| Case No | Last | First | Amount | Payee (If blank, debtor is payee) |
|---|---|---|---|---|
| 0215761 | VELTRI<br>PO BOX 50885<br>NEW ORLEANS LA    70150 | PAULA | 23.47 | CITY OF NEW ORLEANS<br>STE 1840<br>1515 POYDRAS ST<br>NEW ORLEANS LA    70112 |
| 0215957 | BROOKS SR<br>5724 ARTS ST<br>NEW ORLEANS LA    70122 | DETROIT ALEXANDE | 68.89 | CITY OF NEW ORLEANS<br>SUITE 1840<br>1515 POYDRAS<br>NEW ORLEANS LA    70112 |
| 0215957 | BROOKS SR<br>5724 ARTS ST<br>NEW ORLEANS LA    70122 | DETROIT ALEXANDE | 30.00  *Total 98.89* | CITY OF NEW ORLEANS<br>SUITE 1840<br>1515 POYDRAS<br>NEW ORLEANS LA    70112 |
| 0216208 | WARE<br>1344 AVIATORS ST<br>NEW ORLEANS LA    70122 | ERCELLE M | 60.00 | CITY OF NEW ORLEANS<br>HEARD LINEBARGER GRAHAM<br>1515 POYDRAS ST #1840<br>NEW ORLEANS LA    70112 |
| 0217495 | SWAFFORD<br>CALISTE-SWAFFOR<br>250 OAKMONT DR<br>NEW ORLEANS LA    70128 | GREGORY<br>VANESSA MARIE | 121.12 | CITY OF NEW ORLEANS<br>HEARD LINEBARGER GRAHAM GOGGA<br>1515 POYDRAS SUITE 1840<br>NEW ORLEANSLA    70112 |
| 0218091 | MCKAY<br>1751 PRATT DR<br>NEW ORLEANS LA    70122 | WELTON FRANK | 45.00 | CITY OF NEW ORLEANS<br>STE 1840<br>1515 POYDRAS ST<br>NEW ORLEANS LA    70112 |
| 0218336 | CROSBY JR<br>4719 GABRIEL DR<br>NEW ORLEANS LA    70127 | FRANK | 52.31 | REGIONS BANK<br>% BEN STROKES & ASSOC<br>PO BOX 991801<br>MOBILE AL    36691 |
| 9710664 | JAMES<br>617 WHITNEY AVE<br>GRETNA LA    70056 | JOELLEN GIBBS | 1,919.53 | ✗ |
| 9715002 | BAYE<br>404 WESTMEADE DR<br>GRETNA LA    70056 | JOAN JOHNSTON | 248.77 | RECOVERY<br>% CITI COMMERSE SOLUTIONS<br>PO BOX 8189<br>JOHNSON CITY TN    37615 |
| 9717179 | ROGERS<br>1144 DESLONDE ST<br>NEW ORLEANS LA    70117 | BETTY JEAN WALKE | 746.35 | AVCO FINANCIAL SERVICES INC<br>PO BOX 871690<br>NEW ORLEANS LA    70187 |
| 9717179 | ROGERS<br>1144 DESLONDE ST<br>NEW ORLEANS LA    70117 | BETTY JEAN WALKE | 219.12  *Total 965.47* | AVCO FINANCIAL SERVICES INC<br>PO BOX 871690<br>NEW ORLEANS LA    70187 |
| 9811948 | MCDANIEL JR<br>MCDANIEL<br>20271 HOLLIE LN<br>PONCHATOULA LA    70454 | HEYWOOD BURFORD<br>TERRY MARIE | 3,362.26 | CF/SPC NGU INC<br>PO BOX 94682<br>TULSA OK    74194 |
| 9814079 | RUFF<br>RUFF<br>PO BOX 1651<br>VIOLET LA    70092 | RUDOLPH DICK<br>MARGARET JOAN | 16.49 | |
| 9814079 | RUFF<br>RUFF<br>PO BOX 1651<br>VIOLET LA    70092 | RUDOLPH DICK<br>MARGARET JOAN | 542.13 | CF/SPC NGU INC<br>% SECURITIZED MULTIPLE ASSET<br>PO BOX 94388<br>TULSA OK    74194 |

7,455.44

→ *Ruff cont'd next page*

*# 97-10664 - JAMES — # 1919.53 Deposited to 6047BK on 8/28/03*

RELIEF ORDERED

**CHAPTER 13 TRUSTEE TRUST ACCOUNT**                                                           921325

UNITED STATES BANKRUPTCY COURT           Aug 25, 2003           $12,397.52
ROOM 601
501 MAGAZINE ST
NEW ORLEANS, LA 70130

Payments found to be undeliverable, as per the attached listing, for deposit into the Registry of the Court.

---

**CHAPTER 13 TRUSTEE**               FIRST AMERICAN BANK & TRUST           **921325**
**TRUST ACCOUNT**                    METAIRIE, LA 70005
433 METAIRIE ROAD, SUITE 515         84-242/654
METAIRIE, LA 70005

                                              DATE                  AMOUNT

                                       August 25, 2003      **************$12,397.52

PAY  Twelve Thousand Three Hundred Ninety-Seven and 52/100 Dollars

TO THE
ORDER
OF:   UNITED STATES BANKRUPTCY COURT
      ROOM 601
      501 MAGAZINE ST                           X/S Beaulieu Jr.
      NEW ORLEANS, LA 70130                     ─────────────────────────
                                                AUTHORIZED SIGNATURE

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈921325⑈ ⑆065402423⑆ 690 272 3⑈



UNITED STATES BANKRUPTCY COURT
Eastern District of Louisiana
New Orleans Division

# 00198502 - SM
August 28, 2003
Code  Case #  Qty  Amount  12,397.52 CK
TREASURY -various
TOTAL→  12,397.52
FROM: S. J. BEAULIEU